**Dismissed and Memorandum Opinion filed February 9, 2012.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-11-01077-CR**
**NO. 14-11-01078-CR**

————————

**ROLAND JAMES DIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1316013 & 1321007**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to the offenses of burglary of a building with intent to commit theft and theft.   In both cases, in accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on December 7, 2011, to confinement for two (2) years in the Institutional Division of the Texas Department of Criminal Justice.   The trial court ordered that the sentences were to run concurrently. Appellant filed a notice of appeal in both cases.   We dismiss the appeals.

In each of the cases, the trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal in each case. *See* Tex. R. App. P. 25.2(d). In each case, the record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss both appeals.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish - TEX. R. APP. P. 47.2(b)